# Third District Court of Appeal
## State of Florida

Opinion filed February 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D20-1463, 3D20-1479
Lower Tribunal Nos. 14-18-A-K, 19-696-A-K

_____


**Coranell Barnett,**
Appellant,

vs.

**The State of Florida,**
Appellee.


Appeals conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Monroe County, Mark H. Jones, Judge.

Coranell Barnett, in proper person.

Ashley Moody, Attorney General, for appellee.


Before LOGUE, LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.